U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
(Rev. 12/6/12)

JUL 11 2018

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

_Charles K. Lee_
Plaintiff

VS.                                            Civil No.   1:18-cv-0912

_Advance Auto Parts_
Defendant

Judge
Magistrate Judge

## COMPLAINT
### UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

_____

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices? Yes ☑   No ☐

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges? Yes ☑   No ☐

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: _____

D. Have you received from the EEOC a copy of its determination with regard to your charges? Yes ☑   No ☐

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____

(Rev. 12/6/12)

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 7/11/18

_____
(Witness)

_____
(Witness)

_Charles N Lee_
(Signature)

133 Pellon St
(Street Address or P.O. Box)

Pineville     La.     71360
(City)          (State)   (Zip Code)

318  -  419-3376
(Area Code)   (Telephone Number)